OG/DG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20 CR 150 CVE |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | [18 U.S.C. §§ 2261A(2)(B) and |
| v. | ) | 2261(b)(5) – Cyberstalking] |
| | ) | |
| ADAM MAXWELL DONN, | ) | FILED |
| | ) | |
| Defendant. | ) | SEP 0 8 2020 |

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**THE UNITED STATES ATTORNEY CHARGES:**

Between on or about June 11, 2020, to on or about June 22, 2020, in the Northern District of Oklahoma and elsewhere, the defendant, **ADAM MAXWELL DONN**, knowingly used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facility of interstate or foreign commerce, with the intent to harass and intimidate G.B. and his wife S.B. by engaging in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to G.B., S.B., and their immediate family.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

R. TRENT SHORES
UNITED STATES ATTORNEY