AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Adam Maxwell Donn<br><br>Defendant | )<br>)  Case No.  20-CR-150-CVE<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/10/2020

_____
Defendant's signature

s/ Robert L. Wyatt, IV
Signature of defendant's attorney

Robert L. Wyatt, IV
Printed name of defendant's attorney

_____
Judge's signature

US Magistrate Paul J Cleary
Judge's printed name and title