AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>ADAM MAXWELL DONN<br>*Defendant* | )<br>)<br>) Case No. 20-mj-180-PJC<br>)<br>) |

Received
U.S. Marshals Service
2020 SEP -9 AM 10: 15
N/OK

FILED
APR 21 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ADAM MAXWELL DONN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Cyberstalking in violation of 18, United States Code, Sections, 2261A(2)(B).

Date: 7/15/2020

_____
*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Paul J. Cleary, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/9/2020, and the person was arrested on *(date)* 7/17/2020,
at *(city and state)* Eastern District of Virginia

Date: 4-20-21

_____
*Arresting officer's signature*

Brian A. McDaniel SDUSM
*Printed name and title*